Gerald KRESS, Appellant,

v.

WOLF, BLOCK, SCHORR & SOLIS–COHEN, Appellees.

Supreme Court of Pennsylvania.

Argued Jan. 31, 2001.

Decided March 21, 2001.

Theodore J. Chylack, Richard A. Sprague, Philadelphia, for Gerald Kress.

Michael Lieberman, William T. Hangley, Philadelphia, for Wolf, Block, Schorr & Solis–Cohen.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, and SAYLOR, JJ.

## ORDER

PER CURIAM:

**AND NOW,** this 21st day of March 2001, this appeal is dismissed as having been improvidently granted.

Justice NEWMAN did not participate in the consideration or decision of this case.